

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00359-CV

| | | |
|---|---|---|
| SOMSANOUK SOUIMANIPHANH, Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-360022-24) |
| v. | § | August 14, 2025 |
| SENGKEO ANN FERRIS, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker